**Camar Jones**

---

| | |
|---|---|
| **From:** | Gregg Shavitz |
| **Sent:** | Friday, September 17, 2021 4:08 PM |
| **To:** | Kevin McCoy |
| **Cc:** | Camar Jones |
| **Subject:** | RE: MyEyeDr.  - for settlement purposes only |

That works – are you referring to 12pm est


**Gregg I Shavitz, Esq.**
SHAVITZ LAW GROUP, P.A.
951 Yamato Rd, Suite 285
Boca Raton, FL 33431
Phone: 561-447-8888
www.shavitzlaw.com

The information contained in this e-mail transmission is privileged and confidential. If you are not the intended recipient, nor the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this transmission (including attachments) is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail or call (561) 447-8888. Thank you

---

**From:** Kevin McCoy <kevin.mccoy@myeyedr.com>
**Sent:** Friday, September 17, 2021 4:06 PM
**To:** Gregg Shavitz <gshavitz@shavitzlaw.com>
**Cc:** Camar Jones <cjones@shavitzlaw.com>
**Subject:** RE: MyEyeDr. - for settlement purposes only


Gregg, how about 12 noon on Monday for a short call?

Kevin McCoy
Senior Employment Counsel/Operations
(m) 703.946.4053



**From:** Gregg Shavitz <gshavitz@shavitzlaw.com>
**Sent:** Friday, September 17, 2021 6:29 AM
**To:** Kevin McCoy <kevin.mccoy@myeyedr.com>
**Cc:** Camar Jones <cjones@shavitzlaw.com>
**Subject:** RE: MyEyeDr. - for settlement purposes only

---

**WARNING:** This message came from an external source. **DO NOT CLICK** on links or attachments unless you know the sender and the content is safe.

1

Good morning Kevin. how does your schedule look today or Monday for a call?

Thx – Gregg Shavitz

---

**From:** Camar Jones <cjones@shavitzlaw.com>
**Sent:** Monday, September 13, 2021 10:19 PM
**To:** Gregg Shavitz <gshavitz@shavitzlaw.com>; Kevin McCoy <kevin.mccoy@myeyedr.com>
**Subject:** RE: MyEyeDr. - for settlement purposes only

Kevin,

We represent:

Samantha Leger, who worked in Beaumont, TX
Aaron Perez, who worked in Indianapolis, IN
Eloy Torres, who worked in Trumbull, CT
Jose Steven Cardenas, who was employed in Dulles, VA
Gabriel Djinn, who was employed in Manassas, VA

Sincerely,

**Camar R. Jones, Esq.**
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, Florida 33431
Phone: 561-447-8888
www.shavitzlaw.com

The information contained in this e-mail transmission is privileged and confidential. If you are not the intended recipient, nor the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this transmission (including attachments) is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail or call (561) 447-8888. Thank you

---

**From:** Gregg Shavitz <gshavitz@shavitzlaw.com>
**Sent:** Monday, September 13, 2021 5:26 PM
**To:** Kevin McCoy <kevin.mccoy@myeyedr.com>
**Cc:** Camar Jones <cjones@shavitzlaw.com>
**Subject:** RE: MyEyeDr. - for settlement purposes only

Camar, let's provide Kevin the name of several clients so Kevin can hopefully advise when we speak if our clients signed arbitration agreements or not - - or kevin, if you can advise if there is an arbitration program at the company? - Gregg

**Gregg I Shavitz, Esq.**
SHAVITZ LAW GROUP, P.A.
951 Yamato Rd, Suite 285
Boca Raton, FL 33431
Phone: 561-447-8888
www.shavitzlaw.com

The information contained in this e-mail transmission is privileged and confidential. If you are not the intended recipient, nor the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this transmission (including attachments) is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail or call (561) 447-8888. Thank you

**From:** Kevin McCoy <kevin.mccoy@myeyedr.com>
**Sent:** Monday, September 13, 2021 8:57 AM
**To:** Gregg Shavitz <gshavitz@shavitzlaw.com>
**Cc:** Camar Jones <cjones@shavitzlaw.com>
**Subject:** RE: MyEyeDr. - for settlement purposes only

Hi Gregg, I have an internal meeting regarding this matter later this week. I'll contact you after that.

Best,

Kevin McCoy
Senior Employment Counsel/Operations
(m) 703.946.4053



**From:** Gregg Shavitz <gshavitz@shavitzlaw.com>
**Sent:** Monday, September 13, 2021 6:13 AM
**To:** Kevin McCoy <kevin.mccoy@myeyedr.com>
**Cc:** Camar Jones <cjones@shavitzlaw.com>
**Subject:** RE: MyEyeDr. - for settlement purposes only

**WARNING:** This message came from an external source. **DO NOT CLICK** on links or attachments unless you know the sender and the content is safe.

Hope it was a good weekend.

Just following up. how is Tuesday at 11am or 3pm for a call, or Wednesday is open from 10am – 2pm.

What works for you Kevin?

Thx - Gregg


**Gregg I Shavitz, Esq.**
SHAVITZ LAW GROUP, P.A.
951 Yamato Rd, Suite 285
Boca Raton, FL 33431
Phone: 561-447-8888
www.shavitzlaw.com

The information contained in this e-mail transmission is privileged and confidential. If you are not the intended recipient, nor the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this transmission (including attachments) is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail or call (561) 447-8888. Thank you

**From:** Gregg Shavitz
**Sent:** Thursday, September 9, 2021 11:42 AM
**To:** kevin.mccoy@myeyedr.com
**Cc:** Camar Jones <cjones@shavitzlaw.com>; Gregg Shavitz <gshavitz@shavitzlaw.com>
**Subject:** MyEyeDr. - for settlement purposes only

Hi Kevin. Thanks for your attached letter. We have spoken to about 12 or so GM's, all of whom feel strongly that their primary duties were non-exempt in nature. The range of salaries does fluctuate so I wonder if not all stores are equal, if some have different levels of staffing versus others. Please advise if you are free for a call next week to review the claims and defenses further. How does your calendar look for Monday, Tuesday or Wednesday? Thx.

- Gregg Shavitz


**Gregg I. Shavitz, Esq.**
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, Florida 33432
Phone: 561-447-8888
www.shavitzlaw.com

The information contained in this e-mail transmission is privileged and confidential. If you are not the intended recipient, nor the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this transmission (including attachments) is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail or call (561) 447-8888. Thank you


This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com


This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com


This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com


This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com