UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY ALICE CLARK and CHRISTOPHER COULTER,<br><br>  Plaintiffs,<br><br>v.<br><br>CAPITAL VISION SERVICES, LLC d/b/a MYEYEDR,<br><br>  Defendant. | Civil Action No. 1:22-cv-10236-DJC |

**ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF FAIR LABOR STANDARDS ACT SETTLEMENT**

This matter came before the Court on Plaintiffs' Unopposed Motion for Approval of Fair Labor Standards Act Settlement ("Motion"). Upon review of the Motion and its attendant exhibits, and being fully advised as to the Action, it is hereby ORDERED:

1. The Court hereby approves the parties' settlement finding that its terms are fair, reasonable, and adequate, and that it constitutes a fair and reasonable resolution of a *bona fide* dispute under the federal Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA").

2. The Court acknowledges that the Settlement Agreement is not an admission by Defendant or by any other Released Party of wrongdoing. Neither this Order, the Settlement Agreement, nor any document referred to herein, nor any action taken to carry out the Settlement, may be construed as, or may be used as, an admission of any fault, wrongdoing, omission, concession, or liability whatsoever by or against Defendant or any of the Releasees (as defined in Paragraph 3 of the Settlement Agreements).

3. The parties agree that the General Manager job duties set forth in the job description produced in this case appear to be consistent with an exempt classification and many of the duties

that Plaintiffs alleged to be non-exempt occurred due to circumstances that arose during the COVID-19 pandemic due to staffing shortages and other unique issues. Defendant intends to continue classifying its General Managers as exempt, based on the important managerial tasks performed by those managers and the substantial evidence supporting such an exemption in the discovery and case record.

4. The Court finds the payments to the Plaintiffs are a reasonable compromise of their claims for unpaid wages.

5. The Court approves Plaintiffs' Counsel's request for a discounted award of attorneys' fees and costs in the amount of $22,000.00 as reasonable in light of the substantial benefit their efforts conferred on the Plaintiffs. The Court also recognizes the fee requested is significantly less than Plaintiffs' Counsel's lodestar, based on reasonable hours expended and rates, was negotiated separately after the underlying amount was settled for the Plaintiffs, and does not reduce the settlement payments for the Plaintiffs.

6. The Court hereby approves the language and scope of the Release and related procedural provisions therein as fair and reasonable in light of the claims in this litigation.

6. The Court hereby enters a judgment of dismissal, pursuant to Fed. R. Civ. P. 41(a), of the claims of each of the Plaintiffs, all with prejudice and without costs (except as specified in this Order above).

SO ORDERED

/s/ Denise J. Casper                                    August 14, 2025
Denise J. Casper
United States District Judge